1  JORDAN ETH (SBN 121617)
   JEth@mofo.com
2  CHRISTIN J. HILL (SBN 247522)
   CHill@mofo.com
3  HANNA M. LAURITZEN (SBN 339895)
   HLauritzen@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-1905
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  *Attorneys for Defendants MaxLinear, Inc.,
   Kishore Seendripu, and Steven Litchfield*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WATER ISLAND EVENT-DRIVEN FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXLINEAR, INC., KISHORE SEENDRIPU, and STEVEN LITCHFIELD,<br><br>Defendants. | Case No.   3:23-cv-01607-LAB-WVG<br><br>*Assigned to Judge Larry Alan Burns Referred to Magistrate Judge William V. Gallo*<br><br>**NOTICE OF APPEARANCE OF JORDAN ETH**<br><br>Complaint Filed: Aug. 31, 2023 |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** of the appearance of Jordan Eth of the firm Morrison & Foerster LLP, as counsel of record for and on behalf of Defendants MaxLinear, Inc., Kishore Seendripu, and Steven Litchfield in the above-referenced action.  Defendants respectfully request that all pleadings and other documents be addressed to and served upon their counsel as follows:

>Jordan Eth
>MORRISON & FOERSTER LLP
>425 Market Street
>San Francisco, California 94105-2482
>Telephone:  415.268.7000
>Facsimile:  415.268.7522
>JEth@mofo.com

Jordan Eth is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court of the Southern District of California.

Dated: September 21, 2023           MORRISON & FOERSTER LLP

By: */s/ Jordan Eth*
         JORDAN ETH

*Attorney for Defendants MaxLinear, Inc., Kishore Seendripu, and Steven Litchfield*