SAWYER & LABAR LLP
ADRIAN SAWYER, SBN 203712
  *sawyer@sawyerlabar.com*
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820

DUCKOR METZGER & WYNNE,
A Professional Law Corporation
John C. Wynne (SBN 83041)
  *wynne@dmwplc.com*
Rose Huelskamp Serrano (SBN 229173)
  *serrano@dmwplc.com*
101 W. Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 209-3000

ROLNICK KRAMER SADIGHI LLP
LAWRENCE M. ROLNICK (*pro hac vice forthcoming*)
  *lrolnick@rksllp.com*
MARC B. KRAMER (*pro hac vice forthcoming*)
  *mkramer@rksllp.com*
STEVEN M. HECHT (*pro hac vice forthcoming*)
  *shecht@rksllp.com*
BRANDON FIERRO (*pro hac vice forthcoming*)
  *bfierro@rksllp.com*
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.597.2800

*Counsel for Proposed Lead Plaintiff*
*HBK Master Fund L.P. and*
*HBK Merger Strategies Master Fund L.P.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WATER ISLAND EVENT-DRIVEN FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MAXLINEAR, INC., KISHORE SEENDRIPU, and STEVEN LITCHFIELD,<br><br>　　　　Defendants. | Case No. 3:23-cv-01607-LAB-MMP<br><br>CLASS ACTION<br><br>**NOTICE OF APPEARANCE OF JOHN C. WYNNE FOR HBK FUNDS L.P. AND HBK MERGER STRATEGIES MASTER FUND L.P.**<br><br>Judge: Hon. Larry Alan Burns, U.S.D.J. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT John C. Wynne of DUCKOR METZGER & WYNNE, who is permitted to practice in this District, hereby appears as counsel of record on behalf of proposed lead plaintiffs HBK Master Fund L.P. and HBK Merger Strategies Master Fund L.P. (the "HBK Funds").  Effective immediately, please add John C. Wynne as an attorney to be noticed on all matters at the following address:

>John C. Wynne (SBN 83041)
>DUCKOR METZGER & WYNNE,
>A Professional Law Corporation
>101 W. Broadway, Suite 1700
>San Diego, California 92101
>Telephone: (619) 209-3000
>wynne@dmwplc.com

DATED:  November 22, 2023            DUCKOR METZGER & WYNNE

By:     /s/ John C. Wynne
>John C. Wynne (SBN 83041)
>Rose Huelskamp Serrano (SBN 229173)
>DUCKOR METZGER & WYNNE,
>A Professional Law Corporation
>101 W. Broadway, Suite 1700
>San Diego, California 92101
>Telephone: (619) 209-3000
>wynne@dmwplc.com
>serrano@dmwplc.com
>
>Adrian Sawyer
>1700 Montgomery Street, Suite 108
>San Francisco, California 94111
>Telephone: 415.262.3820
>
>Lawrence M. Rolnick (*pro hac vice forthcoming*)
>Marc B. Kramer (*pro hac vice*

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com

*forthcoming*)
Steven M. Hecht (*pro hac vice forthcoming*)
Brandon Fierro (*pro hac vice forthcoming*)
ROLNICK KRAMER SADIGHI LLP
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212.597.2800
lrolnick@rksllp.com
mkramer@rksllp.com
shecht@rksllp.com
bfierro@rksllp.com

*Counsel for Proposed Lead Plaintiff
HBK Master Fund L.P. and
HBK Merger Strategies Master Fund L.P.*

SAWYER & LABAR LLP
1700 MONTGOMERY ST, STE 108
SAN FRANCISCO, CA 94111
TELEPHONE: 415.262.3820
www.sawyerlabar.com