| | |
|---|---|
| **SAXENA WHITE P.A.**<br>David R. Kaplan (SBN 230144)<br>505 Lomas Santa Fe Drive, Suite 180<br>Solana Beach, CA 92075<br>Tel.: (858) 997-0860<br>Fax: (858) 369-0096<br>dkaplan@saxenawhite.com | **ENTWISTLE & CAPPUCCI LLP**<br>Vincent R. Cappucci<br>(*pro hac vice* forthcoming)<br>230 Park Avenue, 3rd Floor<br>New York, NY 10169<br>Tel.: (212) 894-7200<br>vcappucci@entwistle-law.com |

*Counsel for Lead Plaintiff and the Class*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER ISLAND EVENT-DRIVEN FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXLINEAR, INC., KISHORE SEENDRIPU, and STEVEN LITCHFIELD,<br><br>Defendants. | No. 3:23-cv-01607-LAB-VET<br><br>*Assigned to Judge Larry Alan Burns*<br>*Referred to Magistrate Judge Valerie E. Torres*<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT MOTION AND STIPULATION REGARDING INITIAL CASE SCHEDULE** |

Pursuant to CivLR 7.2 and the Court's December 20, 2023 Order Appointing Lead Plaintiff and Approving Selection of Lead Counsel ("Lead Plaintiff Order") (ECF No. 46 at 15), Lead Plaintiffs Westchester Funds, Alpine Funds, Atlas Fund, and Kryger Funds (together, "Lead Plaintiffs")[1] and Defendants MaxLinear, Inc., Kishore Seendripu, and Steven Litchfield (together, "Defendants," and collectively with Lead Plaintiffs, the "Parties"), jointly move the Court to enter the proposed stipulated scheduling order setting forth the schedule for Lead Plaintiffs to file a consolidated complaint (the "Consolidated Complaint") and a briefing schedule for the anticipated motion(s) to dismiss thereto by Defendants.

Subject to the Court's approval, the Parties have agreed to the below schedule for the following reasons:

WHEREAS, on August 31, 2023, Water Island filed the initial complaint (ECF No. 1) in this consolidated litigation against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4 *et seq*;

WHEREAS, the PSLRA provides for the appointment of lead plaintiff and lead counsel, *see* 15 U.S.C. § 78u-4(a)(3);

WHEREAS, on December 20, 2023, the Court issued the Lead Plaintiff Order, which, *inter alia*, directed that within fourteen days of the Order the Parties file with the Court a joint motion and proposed schedule that sets forth the time for Lead Plaintiff to file or designate an operative complaint in this matter and for Defendants to respond to such complaint;

WHEREAS, the Parties have met and conferred as directed by the Court;

---

[1] Capitalized terms not defined herein have the meanings given to them in the Court's Lead Plaintiff Order.

WHEREAS, Lead Plaintiffs intend to file a Consolidated Complaint that supersedes the initial complaint and Defendants anticipate moving to dismiss the Consolidated Complaint;

WHEREFORE, the Parties, through their undersigned counsel, have conferred and hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

The Consolidated Complaint shall be filed on or before February 15, 2024.

Defendants shall answer or otherwise respond to the Consolidated Complaint on or before March 29, 2024.

Should any Defendant move to dismiss the Complaint, Lead Plaintiffs' opposition shall be filed on or before May 13, 2024.

Any reply in support of any motion(s) to dismiss shall be filed on or before June 14, 2024.

Dated:  January 2, 2024        Respectfully submitted,

**SAXENA WHITE P.A.**

*/s/ David R. Kaplan*
David R. Kaplan (SBN 230144)
505 Lomas Santa Fe Drive, Suite 180
Solana Beach, CA 92075
Tel.: (858) 997-0860
Fax: (858) 369-0096
dkaplan@saxenawhite.com

-and-

Steven B. Singer (*pro hac vice* forthcoming)
David J. Schwartz (*pro hac vice* forthcoming)
10 Bank Street, Suite 882
White Plains, NY 10606
Tel.: (914) 437-8551
Fax: (888) 216-2220

ssinger@saxenawhite.com
dschwartz@saxenawhite.com

Vincent R. Cappucci (*pro hac vice* forthcoming)
Robert N. Cappucci (*pro hac vice* forthcoming)
Jonathan H. Beemer (*pro hac vice* forthcoming)
**ENTWISTLE & CAPPUCCI LLP**
230 Park Avenue
3rd Floor
New York, NY 10169
Tel.: (212) 894-7200
vcappucci@entwistle-law.com
rcappucci@entwistle-law.com
jbeemer@entwistle-law.com

*Counsel for Lead Plaintiffs*

Jordan Eth (SBN 121617)
Christin Hill (SBN 247522)
Hanna M. Lauritzen (SBN 339895)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Tel.:  415.268.7000
Fax:  415.268.7522
jeth@mofo.com
chill@mofo.com
hlauritzen@mofo.com

*Counsel for Defendants*