

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| See Attachment | |
|---|---|
| | Civil Action No.   23cv1607-CAB-VET |
| **Plaintiff,** V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

As Plaintiffs have failed to adequately plead a Section 10(b) or Section 20(a) claim against any of the Defendants, the Court GRANTS the motions to dismiss. [Doc. Nos. 75, 77.] The case is DISMISSED with prejudice. Case Closed.

Date:       7/15/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Hazard
                                          A. Hazard, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**  23cv1607-CAB-VET

Water Island Event-Driven Fund,
on Behalf of Itself and All Others Similarly Situated

Westchester Funds

 Alpine Funds

Atlas Diversified Master Fund, Ltd.

Kryger Funds

   Plaintiffs,


V.
MaxLinear, Inc.

Kishore Seendripu

Steven Litchfield

Silicon Motion Technology Corporation

Wallace Kou

Riyadh Lai

   Defendants.